In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-14-00212-CV

_____

I & U INC. D/B/A SHOP N SAVE AND ISMAIL USMAN, Appellants

V.

PETROTEX FUELS, INC., Appellee

On Appeal from the 136th District Court
Jefferson County, Texas
Trial Cause No. D-194,349

**MEMORANDUM OPINION**

Appellants, I & U Inc. d/b/a Shop N Save and Ismail Usman, filed a motion to dismiss this appeal. The motion is voluntarily made by the appellant prior to any decision of this Court. *See* Tex. R. App. P. 42.1(a)(1). No other party filed a notice of appeal. We grant the motion and dismiss the appeal.

APPEAL DISMISSED.

_____
CHARLES KREGER
Justice


Submitted on September 3, 2014
Opinion Delivered September 4, 2014

Before McKeithen, C.J., Kreger and Johnson, JJ.